■ FRANK GIELSKIE, Respondent, v. STATE OF NEW YORK, Appellant.— Motion to dismiss appeal denied, without costs, and without prejudice. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE CITY OF SCHENECTADY, Appellant, v. STATE OF NEW YORK, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK AMICI and WILLIAM A. SPRAGUE, JR., Appellants.— Motion to dismiss appeal granted, by default. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD JAMES FULLER, Appellant.— Motion to dismiss appeal granted, by default. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARGARET M. REGAN, Respondent, v. BERT N. BELLOWS, Defendant, and ROLAND H. OELLERICH, Appellant. MARGARET M. REGAN, as Administratrix of the Estate of WILLIAM D. REGAN, Deceased, Respondent, v. BERT N. BELLOWS, Defendant, and ROLAND H. OELLERICH, Appellant. MARGARET M. REGAN, Respondent, v. ELECTROLUX CORPORATION, Appellant. MARGARET M. REGAN, as Administratrix of the Estate of WILLIAM D. REGAN, Deceased, Respondent, v. ELECTROLUX CORPORATION, Appellant.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before December 15, 1959 and are ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of LEONARD KMIECIK, Petitioner, against WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Application to add case to the present calendar of this court granted. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MADONNA J. ARMSTRONG, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York.— Motion to dismiss proceeding granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of JEAN AMMERMANN et al., on Their Own Behalf, and on Behalf of All Others Similarly Situated, against BERNARD TOMPKINS, as Special Assistant Attorney-General, Respondent.— Motion denied and stay vacated. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of EDITH L. JAEGER, Respondent, against BAY SHORE TRAILER PARK, INC., et al., Appellants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue,